| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | | | | |
| *Plaintiff:* Robert H. Burch, et al. | | | | | |
| *Defendant:* SLM Corporation, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV01029 | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:             SLM Corporation
   b. Person served:          Scott LaScala, Person Authorized to Accept Service

4. Address where the party was served:    Corporation Trust Company
                                                                         1209 Orange Street
                                                                         Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 3:30PM

**7. Person Who Served Papers:**
   a. Lennon Snow
   **b. Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

2-8-08
*(Date)*                                          *(Signature)*

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  11/24/2011
                                    *(Date)*

**AFFIDAVIT OF SERVICE**
**Summons & Complaint**

*(Notary Public)*

*sarud.102322*

FEB 14 2008