| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100   *FAX No:* 631-367-1173 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Robert H. Burch, et al.
*Defendant:* SLM Corporation, et al.

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV01029 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:
   b. Person served:
   
   Robert S. Autor
   Party in item 3a

4. Address where the party was served:
   
   10394 Windemere
   Carmel, IN 46032

5. I served the party:
   b. **by substituted service.** On: Thu., Feb. 07, 2008 at: 8:20PM by leaving the copies with or in the presence of:
   Ashley JaQuest, Live In Nanny / Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. Bill Rorie
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   2-11-08
   (Date)                              (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires  2/11/08
                       (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint

Nancy Botbyl
(Notary Public)

NANCY BOTBYL
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County

sarud.102325

FEB 14 2008

| *Attorney or Party without Attorney:* <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> *Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | *For Court Use Only* |
|---|---|
| | *Ref. No or File No.:* |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court - Southern District Of New York | |
| *Plaintiff:* Robert H. Burch, et al. | |
| *Defendant:* SLM Corporation, et al. | |

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 08CV01029 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Fri., Feb. 08, 2008
   b. Place of Mailing:        Penryn, CA  95663
   c. Addressed as follows:    Robert S. Autor
                               10394 Windemere
                               Carmel, IN  46032

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Feb. 08, 2008 in the ordinary course of business.

5. *Person Serving:*                                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis Dingman                                        d. *The Fee for Service was:*
   b. Class Action Research &                              e. I am: (3) registered California process server
      Litigation Support Services, Inc.                       (i)   Employee
      P O Box 740                                             (ii)  Registration No.:     2005-27
      Penryn, CA  95663                                       (iii) County:               Sacramento
   c. (866) 663-9590, FAX (866) 663-4955                      (iv)  Expiration Date:      Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Feb. 08, 2008

Judicial Council Form                    PROOF OF SERVICE                    (Janis Dingman)
Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                                        sarud.102325

FEB 14 2008