**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

March 26, 2008

VIA FACSIMILE

Honorable William H. Pauley III
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

Re: *Burch v. SLM Corp., et al.,*
No. 1:08-cv-01029 (WHP), and All Related Actions

Dear Judge Pauley:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on January 31, 2008; accordingly, our client must file its motion no later than Monday, March 31, 2008.

Your Honor's Individual Practices, however, require that "[f]or motions other than discovery motions, a pre-motion conference with the Court is generally required before making any motion...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on March 31, 2008.

Respectfully submitted,

David A. Rosenfeld

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

cc: Counsel of Record on attached fax cover sheet

58 South Service Road, Suite 200 · Melville, NY 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com