UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br> - against -<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>       Defendants. | 08 Civ. 1029 (WHP)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor, in the above-captioned action:

    Jeff G. Hammel (JH-2935)
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

Dated: March 31, 2008
    New York, New York    LATHAM & WATKINS LLP

              By:  /s/  Jeff G. Hammel
                  Jeff G. Hammel (JH-2935)
                  885 Third Avenue, Suite 1000
                  New York, New York 10022
                  Telephone: (212) 906-1200
                  Facsimile: (212) 751-4864

                  *Attorneys for Defendants SLM*
                  *Corporation, Albert L. Lord, Charles Elliot*
                  *(C.E.) Andrews and Robert S. Autor*