UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br> - against -<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>       Defendants. | 08 Civ. 1029 (WHP)<br><br>**FRCP 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SLM Corporation. (a public non-governmental party) certifies that it has no corporate parent and no publicly held corporations own 10% or more of SLM Corporation's stock.

Dated: March 31, 2008
   New York, New York

                 LATHAM & WATKINS LLP

            By:  /s/ Jeff G. Hammel
                Jeff G. Hammel (JH-2935)
                885 Third Avenue, Suite 1000
                New York, New York 10022
                Telephone: (212) 906-1200
                Facsimile: (212) 751-4864

                *Attorneys for Defendants SLM Corporation, Albert L. Lord, Charles Elliot (C.E.) Andrews and Robert S. Autor*