UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>        - against -<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                        Defendants. | 08 Civ. 1029 (WHP)<br><br>**NOTICE OF APPEARANCE** |

          PLEASE TAKE NOTICE that the following attorney appears as counsel on

behalf of Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and

Robert S. Autor, in the above-captioned action:

          Laurie B. Smilan (LS-9373)
          Latham & Watkins LLP
          Two Freedom Square, Suite 500
          11955 Freedom Drive
          Reston, Virginia 21090-5651
          Telephone: (703) 456-1000
          Facsimile: (703) 456-1001


Dated:  March 31, 2008
          New York, New York                    LATHAM & WATKINS LLP


                              By:     /s/  Laurie B. Smilan
                                      Laurie B. Smilan (LS-9373)
                                      Two Freedom Square, Suite 500
                                      11955 Freedom Drive
                                      Reston, Virginia 21090-5651
                                      Telephone: (703) 456-1000
                                      Facsimile: (703) 456-1001

                                      *Attorneys for Defendants SLM*
                                      *Corporation, Albert L. Lord, Charles Elliot*
                                      *(C.E.) Andrews and Robert S. Autor*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
NEW YORK