UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                    Defendants. | Civil Action No. 08-cv-01029<br><br>ECF Case |
| RUSSEL PATRICK, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                    Defendants. | Civil Action No. 08-cv-02463 (WHP)<br><br>ECF Case |

**NOTICE MOTION OF WESTCHESTER CAPITAL MANAGEMENT, INC.'S AND GREEN & SMITH INVESTMENT MANAGEMENT L.L.C.'S FOR THE CONSOLIDATION OF ALL RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFFS AND FOR APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), class members Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C., ("Westchester Movants") hereby move this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order: (i) consolidating all related cases and any subsequently

filed related cases; (ii) appointing the ("Westchester Movants") as Lead Plaintiff in the consolidated action and any subsequently filed related cases; and (iii) approving their selection of Abbey Spanier Rodd & Abrams, LLP, as Lead Counsel.

This Motion is based on the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Nancy Kaboolian filed herewith, and all prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: March 31, 2008
    New York, New York

Respectfully Submitted,

**ABBEY SPANIER RODD & ABRAMS, LLP**

By: _/s/ Nancy Kaboolian_
Arthur N. Abbey
Nancy Kaboolian (NK 6346)
212 East 39th Street
New York, New York 10016
nkaboolian@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

Proposed Lead Counsel for Proposed Lead Plaintiff Westchester Movants

**BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP**
Gerald H. Silk
1285 Avenue of the Americas
New York, New York 10019
jerry@blbglaw.com
Tel: (212) 554-1400
Fax: (212) 554-1444

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                    Defendants. | Civil Action No. 08-cv-01029<br><br>ECF Case |
| RUSSEL PATRICK, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                    Defendants. | Civil Action No. 08-cv-02463 (WHP)<br><br>ECF Case |

**[PROPOSED] ORDER FOR THE CONSOLIDATION OF
ANY RELATED ACTIONS, APPOINTING LEAD
PLAINTIFFS AND APPROVING LEAD PLAINTIFFS'
SELECTION OF LEAD COUNSEL**

Upon good cause shown, IT IS HEREBY ORDERED THAT:

**Consolidation**

Any subsequently filed related action are consolidated for all purposes including, but not limited to, discovery, pre-trial proceedings and trial proceedings, pursuant to Rule 42(c) of the Federal Rules of Civil Procedure. This matter shall be identified as <u>In re SLM Corporation Securities Litigation</u>, Civil

1

Action No. 08-cv-01029 (WHP), and the files of the action shall be maintained in one file under Master File No. 08-cv-01029 (WHP).

**Appointment Of Lead Plaintiff**

Westchester Capital Management, Inc. ("Westchester Capital") and Green & Smith Investment Management L.L.C. ("G&S"), (hereinafter "Westchester Movants") are hereby appointed the lead plaintiffs pursuant to Section)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. 78n-4(a)(3)(B) in the consolidated Action.

**The Westchester Movants' selection Counsel**

The Westchester Movants' selection of the law firms Abbey Spanier Rodd & Abrams, LLP as Lead Counsel for all in the consolidated action is approved.

**SO ORDERED**, this ___ day of _____, 2008

_____
United States District Judge