## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )   ss.:
COUNTY OF NEW YORK           )

I, Carolyn Davila, being duly sworn, deposes and says:

1. I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2. On March 31, 2008, I Caused A Copy Of The Accompanying:

Notice of Motion and Motion Of Memorandum Of Points And Authorities In Support Of Westchester Capital Management, Inc. And Green & Smith Investment Management L.L.C.'S Motion for the Consolidation of Any Related Actions; To Be Appointed Lead Plaintiff and for Approval of Lead Plaintiffs' Selection Of Lead Counsel

Memorandum of Points And Authorities In Support Of Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C.'S Motion for the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel

Declaration of Nancy Kaboolian In Support Of Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C.'S Motion for the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection Of Lead Counsel

[Proposed] Order for the Consolidation of Any Related Cases; For The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Counsel

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

_____
Carolyn Davila

Sworn to before me this
31st day of March 2008

_____
Notary Public

NANCY KABOOLIAN
Notary Public, State Of New York
No. 01KA4742784
Qualified In New York County
Commission Expires March 30, 200_

**SERVICE LIST**

**Counsel for Plaintiffs**

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391 –5164
Fax: (4120 471=-1033

Corey D. Holzer
HOLZER HOLZER & CANNON LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338
(770) 392-0090
Fax: 770 392 0029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Darren J. Robins
David C. Walton
Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
619-231-1058
Fax: 619 231 7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com

**Counsel for Defendants**

LATHAM & WATKINS, LLP
Laurie B. Smilan
Abid R Qureshi
Two Freedom Square, Suite 500
11955 Freedom Drive,
Reston, Virginia 20190-5651
Tel: (703) 454-1000
Fax: (703) 456-1001


LATHAM & WATKINS, LLP
Peter A. Wald
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel (415) 391-0600
Fax: (415) 395-8095


LATHAM & WATKINS, LLP
Jeffrey G. Hammel
885 Third Avenue
New York, New York 10022-4834
Tel: (212) 906-1200
Fax: (212) 751-4864