# GIRARD GIBBS LLP

Attorneys at Law

601 California Street, 14th Floor | San Francisco, CA 94108-2819
Tel: 415.981.4800 | Fax: 415.981.4846 | www.girardgibbs.com

March 31, 2008

MAR 31 2008

**VIA FACSIMILE**

Honorable William H. Pauley III
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

    Re:    *Burch v. SLM Corp., et al.,*
              **No. 1:08-cv-01029 (WHP), and All Related Actions**

Dear Judge Pauley:

      My firm represents investors who wish to file a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who intends to seek appointment as a lead plaintiff, whether or not the class member has previously filed a complaint, not later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. *See* 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). Notice was published on January 31, 2008. As a result, our client must file its motion no later than today, Monday, March 31, 2008.

      The Court's Individual Practices require the parties to have a pre-motion conference with the Court before filing most motions. <u>Because of the deadline imposed by the PSLRA, and the fact that we are unaware of which other class members will be moving for appointment as lead plaintiff, we respectfully request leave from complying with this practice so that we may file our motion on March 31, 2008.</u>

                                              Very truly yours,

                                              GIRARD GIBBS LLP

                                              Jonathan K. Levine

                                              Application granted.
                                              SO ORDERED:

cc: David A. Rosenfeld

                                              WILLIAM H. PAULEY III U.S.D.J.
                                                          4/1/08