## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

I, Carolyn Davila, being duly sworn, deposes and says:

1. I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2. On April 17, 2008, I Caused A Copy Of The Accompanying:

Memorandum of Law in Further Support of the Motion of Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C. for Appointment as Lead Plaintiffs and in Opposition To The Competing Motions

Declaration of Nancy Kaboolian In Further Support Of Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C.'s Motion For Appointment as Lead Plaintiffs and in Opposition to the Competing Motions

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

_____
Carolyn Davila

Sworn to before me this
17th day of April, 2008

_____
Notary Public

NANCY KABOOLIAN
Notary Public, State Of New York
No. 01KA4742784
Qualified In New York County
Commission Expires March 30, 201_

## SERVICE LIST

**Counsel for Plaintiffs**

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391 –5164
Fax: (4120 471=-1033

Corey D. Holzer
HOLZER HOLZER & CANNON LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338
(770) 392-0090
Fax: 770 392 0029

Darren J. Robins
David C. Walton
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
619-231-1058
Fax: 619 231 7423

Samuel Howard Rudman
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com

Jonathan K. Levine
Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
415-981-4500
Fax. 415-981-4846

**Counsel for Defendants**

Laurie B. Smilan
Abid R Qureshi
LATHAM & WATKINS, LLP
Two Freedom Square, Suite 500
11955 Freedom Drive,
Reston, Virginia 20190-5651
Tel: (703) 454-1000
Fax: (703) 456-1001


Peter A. Wald
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel (415) 391-0600
Fax: (415) 395-8095


Jeffrey G. Hammel
LATHAM & WATKINS, LLP
885 Third Avenue
New York, New York 10022-4834
Tel:  (212) 906-1200
Fax:  (212) 751-4864