**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,

Defendants.

Case No. 1:08-CV-01029-WHP

RUSSELL PATRICK, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,

Defendants.

Case No. 1:08-CV-02463-WHP

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, Angeline C. Ellis, being duly sworn, deposes and says:

I am employed by Girard Gibbs & De Bartolomeo, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On March 15, 2006, I served the attached document:

1. **Response of SLM Venture to Cross-Motions for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;**

2. **Declaration of Jonathan K. Levine In Support of the Response of SLM Venture to Cross-Motions for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; and**

3. **Certificate of Service.**

on:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed April 17, 2008, at San Francisco, California.

Angeline C. Ellis

**SERVICE LIST**

Alfred G. Yates, Jr.
**LAW OFFICES OF ALBERT G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15129
Tel: (412) 391-5164
Fax: (415) 471-1033

Corey D. Holzer
**HOLZER HOLZER & CANNON LLC**
1117 Perimeter Center West
E-107
Atlanta, GA 30338
Tel: (770) 392-0090
Fax: (770) 392-0029

Darren J. Robbins
David C. Walton
**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423

Samuel H. Rudman
**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

Nancy Kaboolian
**ABBEY SPANIER RODD & ABRAMS, LLP**
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Gerald H. Silk
**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1000
Fax: (212) 554-1444

**Counsel for Defendants**

Laurie B. Smilan
Abid R. Qureshi
**LATHAM & WATKINS, LLP**
Two Freedom Square
Suite 500
Reston, VA 20190-5651
Tel: (703) 454-1000
Fax: (703) 456-1001

Peter A. Wald
**LATHAM & WATKINS, LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 3915-8095

Jeffrey G. Hammel
**LATHAM & WATKINS, LLP**
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200
Fax: (212) 751-4864