UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>    Defendants. | Case No. 1:08-CV-01029-WHP |
| RUSSELL PATRICK, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>    Defendants. | Case No. 1:08-CV-02463-WHP |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Angeline C. Ellis, being duly sworn, deposes and says:

I am employed by Girard Gibbs & De Bartolomeo, a Limited Liability Partnership, 601 California Street, Suite 1400, San Francisco, California 94108. I am over the age of eighteen years and am not a party to this action. On April 28, 2008, I served the attached document(s):

1. **Reply of SLM Venture on Cross-Motions for Consolidation, Appointment As Lead Plaintiff and Approval of Selection of Lead Counsel;**

2. **Declaration of Sam Sotoodeh in Further Support of the Motion of SLM Venture for Consolidation, Appointment As Lead Plaintiff and Approval of Selection of Lead Counsel; and**

3. **Certificate of Service.**

on:

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed April 28, 2008, at San Francisco, California.

_____
Angeline C. Ellis

## SERVICE LIST

| | |
|---|---|
| Alfred G. Yates, Jr.<br>**LAW OFFICES OF ALBERT G. YATES, JR., P.C.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15129<br>Tel: (412) 391-5164<br>Fax: (415) 471-1033 | Corey D. Holzer<br>**HOLZER HOLZER & CANNON LLC**<br>1117 Perimeter Center West<br>E-107<br>Atlanta, GA 30338<br>Tel: (770) 392-0090<br>Fax: (770) 392-0029 |
| Darren J. Robbins<br>David C. Walton<br>**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>655 W. Broadway<br>Suite 1900<br>San Diego, CA 92101-3301<br>Tel: (619) 231-1058<br>Fax: (619) 231-7423 | Samuel H. Rudman<br>**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>Tel: (631) 367-7100<br>Fax: (631) 367-1173 |
| Nancy Kaboolian<br>**ABBEY SPANIER RODD & ABRAMS, LLP**<br>212 East 39th Street<br>New York, NY 10016<br>Tel: (212) 889-3700<br>Fax: (212) 684-5191 | Gerald H. Silk<br>**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 554-1000<br>Fax: (212) 554-1444 |

**<u>Counsel for Defendants</u>**

| | |
|---|---|
| Laurie B. Smilan<br>Abid R. Qureshi<br>**LATHAM & WATKINS, LLP**<br>Two Freedom Square<br>Suite 500<br>Reston, VA 20190-5651<br>Tel: (703) 454-1000<br>Fax: (703) 456-1001 | Peter A. Wald<br>**LATHAM & WATKINS, LLP**<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111-6538<br>Tel: (415) 391-0600<br>Fax: (415) 3915-8095 |
| Jeffrey G. Hammel<br>**LATHAM & WATKINS, LLP**<br>885 Third Avenue<br>New York, NY 10022-4834<br>Tel: (212) 906-1200<br>Fax: (212) 751-4864 | |