UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,
        Defendants.

08 Civ. 1029 (WHP)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

PLEASE TAKE NOTICE that upon the annexed Declaration of Jeff G. Hammel, dated April 30, 2008, the accompanying Declaration of Abid R. Qureshi, dated April 18, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting Abid R. Qureshi to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor.

Dated: New York, New York
      April 30, 2008

LATHAM & WATKINS LLP

By: _____
    Jeff G. Hammel (JH-2935)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

Attorneys for Defendants
SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,
        Defendants.

08 Civ. 1029 (WHP)

**ORDER GRANTING MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u>**

---

    This matter having been brought before the Court by motion to admit Abid R. Qureshi *pro hac vice* to appear and participate as counsel for Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

    ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Abid R. Qureshi of the of the District of Columbia bar is admitted *pro hac vice* to practice before this Court as counsel for SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor in these proceedings.

Dated: April 30, 2008

                                                         _____
                                                         Honorable William H. Pauley III
                                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>Defendants. | 08 Civ. 1029 (WHP)<br><br>**DECLARATION OF<br>JEFF G. HAMMEL** |

JEFF G. HAMMEL, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins LLP, counsel for Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor in this action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting Abid R. Qureshi admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of Abid R. Qureshi in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. Abid R. Qureshi is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Abid R. Qureshi to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2008, in New York, New York.

_____
Jeff G. Hammel (JH-2935)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,
        Defendants.

08 Civ. 1029 (WHP)

**DECLARATION OF ABID R. QURESHI**

---

ABID R. QURESHI, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins, LLP, located at 555 Eleventh Street NW, Suite 1000, Washington, DC, 20004.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia and the Commonwealth of Virginia.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of April, 2008, in the District of Columbia.

_____
Abid R. Qureshi

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

ABID RIAZ QURESHI

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 1997.

I further certify that so far as the records of this office are concerned, ABID RIAZ QURESHI is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 1st day of April
A.D. 2008

By: _____
                         *Deputy Clerk*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ABID R. QURESHI

was on the  10TH  day of  MARCH, 2000  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 27, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>Defendants. | 08 Civ. 1029 (WHP)<br><br>**CERTIFICATE OF SERVICE** |

    I, Jessica Bengels, hereby certify that on April 30, 2008, true and correct copies of the annexed Notice of Motion to Admit Counsel *Pro Hac Vice*, dated 4/30/08, Proposed Order Granting Motion to Admit Counsel *Pro Hac Vice*, Declaration of Jeff G. Hammel, dated 4/30/08, and Declaration of Abid R. Qureshi, dated 4/18/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

Alfred G. Yates, Jr. Esq.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15210

Corey D. Holzer, Esq.
Holzer, Holzer & Cannon LLC
1117 Perimeter Center West E-107
Atlanta, GA 30338

Darren J. Robines, Esq.
David C. Walton, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 W. Broadway
Suite 1900
San Diego, CA 92101

Samuel Howard Rudman, Esq.
David Avi Rosenfeld, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747

Jonathan K. Levine, Esq.
Daniel C. Girard, Esq.
Girard Gibbs LLP
601 California Street – 14th Floor
San Francisco, CA 94108

Nancy Kaboolian, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Gerald H. Silk, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019


LATHAM & WATKINS LLP

By: _____
Jessica Bengels (JB-2290)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

*Attorneys for Defendant*
*SLM Corporation, Albert L. Lord,*
*Charles Elliott (C.E.) Andrews and*
*Robert S. Autor*

NY\1404677.1