UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT H. BURCH, Individually and on Behalf of
All Others Similarly Situated,

              Plaintiff,

-against-

SLM CORPORATION, ALBERT L. LORD,
CHARLES ELLIOTT (C.E.) ANDREWS and
ROBERT S. AUTOR,
              Defendants.

08 Civ. 1029 (WHP)

**NOTICE OF MOTION
TO ADMIT COUNSEL
<u>PRO HAC VICE</u>**

PLEASE TAKE NOTICE that upon the annexed Declaration of Jeff G. Hammel, dated April 30, 2008, the accompanying Declaration of Peter A. Wald, dated March 17, 2008, and the exhibit annexed thereto, the undersigned moves this Court for an Order, pursuant to Rule 1.3(c) of the Local Rules for the United States District Court for the Southern and Eastern Districts of New York, admitting Peter A. Wald to the bar of this Court *pro hac vice* in order to argue and try the above-captioned case as counsel for Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor.

Dated: New York, New York
      April 30, 2008

                                        LATHAM & WATKINS LLP

                                        By: _____
                                              Jeff G. Hammel (JH-2935)

                                        885 Third Avenue, Suite 1000
                                        New York, New York 10022
                                        (212) 906-1200

                                        Attorneys for Defendants
                                        SLM Corporation, Albert L. Lord, Charles
                                        Elliott (C.E.) Andrews and Robert S. Autor

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,

Defendants.

08 Civ. 1029 (WHP)

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

This matter having been brought before the Court by motion to admit Peter A. Wald *pro hac vice* to appear and participate as counsel for Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor in the above-captioned action, and the declaration of such attorney having been submitted in support thereof, and it appearing that such attorney is a member in good standing of the bar of the state in which he is admitted to practice law, and there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; it is

ORDERED that, pursuant to Local Civil Rule 1.3(c) of this Court, Peter A. Wald of the State of California bar is admitted *pro hac vice* to practice before this Court as counsel for SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor in these proceedings.

Dated: April 30, 2008

_____
Honorable William H. Pauley III
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>Defendants. | 08 Civ. 1029 (WHP)<br><br>**DECLARATION OF<br>JEFF G. HAMMEL** |

JEFF G. HAMMEL, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins LLP, counsel for Defendants SLM Corporation, Albert L. Lord, Charles Elliott (C.E.) Andrews and Robert S. Autor in this action. I submit this Declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order granting Peter A. Wald admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the Declaration of Peter A. Wald in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declaration is true and correct. Peter A. Wald is fully familiar with the facts of this case.

4. Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Peter A. Wald to the bar of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April, 2008, in New York, New York.

_____
Jeff G. Hammel (JH-2935)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,
        Defendants.

08 Civ. 1029 (WHP)

**DECLARATION OF PETER A. WALD**

---

PETER A. WALD, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a member of the law firm of Latham & Watkins, LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA, 94111.

2. I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of March, 2008, in San Francisco, California.

_____
Peter A. Wald



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PETER ALLEN WALD

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that PETER ALLEN WALD was on the 31ST day of MAY 1979 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of APRIL, 2008.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>Defendants. | 08 Civ. 1029 (WHP)<br><br>**CERTIFICATE OF SERVICE** |

    I, Jessica Bengels, hereby certify that on April 30, 2008, true and correct copies of the annexed Notice of Motion to Admit Counsel *Pro Hac Vice*, dated 4/30/08, Proposed Order Granting Motion to Admit Counsel *Pro Hac Vice*, Declaration of Jeff G. Hammel, dated 4/30/08, and Declaration of Peter A. Wald, dated 3/17/08, were caused to be served in accordance with the Federal Rules of Civil Procedure, via First Class United States Mail upon:

Alfred G. Yates, Jr. Esq.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15210

Corey D. Holzer, Esq.
Holzer, Holzer & Cannon LLC
1117 Perimeter Center West E-107
Atlanta, GA 30338

Darren J. Robines, Esq.
David C. Walton, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 W. Broadway
Suite 1900
San Diego, CA 92101

Samuel Howard Rudman, Esq.
David Avi Rosenfeld, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747

Jonathan K. Levine, Esq.
Daniel C. Girard, Esq.
Girard Gibbs LLP
601 California Street – 14th Floor
San Francisco, CA 94108

Nancy Kaboolian, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Gerald H. Silk, Esq.
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019


LATHAM & WATKINS LLP

By: _____
Jessica Bengels (JB-2290)

885 Third Avenue, Suite 1000
New York, New York 10022
(212) 906-1200

*Attorneys for Defendant*
*SLM Corporation, Albert L. Lord,*
*Charles Elliott (C.E.) Andrews and*
*Robert S. Autor*

NY\1404677.1