

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
LOS ANGELES • PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com

May 7, 2008

VIA HAND DELIVERY

Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl St., Room 2210
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

Re:  *Burch v. SLM Corp, et al.*,
     No. 1:08-cv-01029-WHP, and All Related Cases

Dear Judge Pauley:

We represent Sheet Metal Workers' Local No. 80 Pension Trust Fund, one of the investors who has filed a motion seeking appointment as Lead Plaintiff in the above-referenced securities class action, and write in response to the letter sent earlier today from Jeff G. Hammel, counsel for defendants.

In his letter, Mr. Hammel asks the Court to adjourn the Initial Pretrial Conference scheduled for Friday, May 16, 2008, at 12:30 PM. We do not oppose this request. However, in light of the pendency of several competing motions for appointment as Lead Plaintiff, we respectfully request that, instead of proceeding with the Initial Pretrial Conference, the Court hear oral argument on the pending Lead Plaintiff motions at that time.

Respectfully submitted,

*/s/ David A. Rosenfeld*
David A. Rosenfeld

cc: Counsel on attached service list (via facsimile)

Application Granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com

SALLIE MAE

Service List - 4/2/2008    (08-0020)

Page 1 of 2

**Counsel For Defendant(s)**

Laurie B. Smilan
Abid R. Qureshi
Latham & Watkins LLP
11955 Freedom Drive, Suite 500
Reston, VA  20191-5651
   703/456-1000
   703/456-1001(Fax)

Peter A. Wald
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
   415/391-0600
   415/395-8095(Fax)

Jeffrey G. Hammel
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4802
   212/906-1200
   212/751-4864(Fax)

**Counsel For Plaintiff(s)**

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191(Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)

Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY  10019
   212/554-1400
   212/554-1444(Fax)

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA  94108
   415/981-4800
   415/981-4846(Fax)

SALLIE MAE

Service List - 4/2/2008    (08-0020)

Page 2 of 2

| | |
|---|---|
| Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Holzer Holzer & Fistel, LLC<br>1117 Perimeter Center West, Suite E-107<br>Atlanta, GA  30338<br>   770/392-0090<br>   770/392-0029(Fax) | Alfred G. Yates, Jr.<br>Law Offices of Alfred G. Yates, Jr., P.C.<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA  15219<br>   412/391-5164<br>   412/471-1033(Fax) |

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
Seeger Weiss LLP
1 William Street
New York, NY  10004-2502
   212/584-7000
   212/584-0799(Fax)