Jeff G. Hammel
Direct Dial: (212) 906-1260
E-mail: jeff.hammel@lw.com

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |



MAY 7 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

May 7, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

**BY HAND DELIVERY**

Hon. William H. Pauley III
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007-1312

Re:   *In re Burch v. SLM Corp. et al.*, No. 08 Civ. 1029 (WHP)

Dear Judge Pauley:

We represent defendants in the above-captioned litigation and are writing, pursuant to Your Honor's Individual Practices, to seek an adjournment of the initial pretrial conference that is scheduled for May 16, 2008. (*See* Order for Initial Pretrial Conference, dated February 14, 2008.) Defendants' principal trial counsel in this case, Peter A. Wald, is scheduled to begin a trial in another case on May 19 in San Francisco, and thus will be engaged in final trial preparations on the date of the conference in this case. There have been no previous requests for an adjournment of this conference.

Counsel for the plaintiffs who have filed motions to be appointed lead plaintiff have consented to this request.[1] They and we are available for a re-scheduled conference on the morning of July 25, 2008, if convenient for the Court. We note that, because this case is governed by the Private Securities Litigation Reform Act of 1995, discovery is automatically stayed until after a motion to dismiss is resolved. There is also a stipulated Order, entered on March 10, 2008, setting forth a briefing schedule on a motion to dismiss after the lead plaintiff has been appointed. (*See* Stipulation and Pretrial Order No. 1, dated March 7, 2008.)

Application granted. The initial pre-trial conference is adjourned to

SO ORDERED: June 13, 2008 at 11:45 a.m.

_____
WILLIAM H. PAULEY III U.S.D.J.

---

[1] The law firms of Couglin Stoia Geller Rudman & Robbins LLP, Girard Gibbs LLP and Seeger Weiss LLP, and Abbey Spanier Rodd & Abrams LLP and Bernstein Litowitz Berger & Grossman LLP have filed such motions, and also seek appointment as lead counsel. We have received no response to our inquiry of the other two firms (who filed initial complaints in this case, but who have not filed such motions).

LATHAM&WATKINS LLP

We appreciate Your Honor's consideration of this request.

Respectfully,

*[signature]*

Jeff G. Hammel

cc: All Plaintiffs' Counsel on the Attached Distribution List (via facsimile)

DISTRIBUTION LIST

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Corey D. Holzer
Michael I. Fistel, Jr.
Holzer Holzer & Fistel, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338

Jonathan K. Levine
Daniel C. Girard
Aaron M. Sheanin
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, CA 94108

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016

Gerald H. Silk
Bernstein Litowitz Berger & Grossman, LLP
1285 Avenue of the Americas
New York, NY 10019