UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROBERT H. BURCH, individually and on : 
behalf of all others similarly situated,

:

                Plaintiff,           08 Civ. 1029 (WHP)

:

       -against-             ORDER GRANTING
                        :        ADMISSION PRO HAC VICE

SLM CORPORATION et. al.,

:

              Defendants.
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

    Having reviewed the Notice of Motion and the Affidavit of Jeff G. Hammel, Esq. in support of admitting Peter A. Wald, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Wald be admitted to this Court pro hac vice to represent Defendants in the above-captioned actions.

    The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    May 8, 2008
           New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08