UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>    -v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>        Defendants. | Civil Action No. 08-cv-01029 (WHP)<br><br>ECF Case |
| RUSSEL PATRICK, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>    -v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>        Defendants. | Civil Action No. 08-cv-02463 (WHP)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of plaintiffs Westchester Capital Management, Inc. and Green & Smith Investment Management, L.L.C.:

>   Arthur N. Abbey (AA-8074)
>   ABBEY SPANIER RODD & ABRAMS, LLP
>   212 East 39th Street
>   New York, New York 10016
>   Telephone: 212-889-3700
>   Facsimile: 212-684-5191

Dated: May 9, 2008
      New York, New York

                            ABBEY SPANIER RODD & ABRAMS, LLP

                            By:      /s/ Arthur N. Abbey
                                  Arthur N. Abbey (AA-8074)
                                  212 East 39th Street
                                  New York, New York 10016
                                  Telephone: 212-889-3700
                                  Facsimile: 212-684-5191

                                  Attorneys for Plaintiffs Westchester Capital Management, Inc. and Green & Smith Investment Management, L.L.C.