UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                        Defendants. | Civil Action No. 08-cv-01029 (WHP)<br><br>ECF Case |
| RUSSEL PATRICK, Individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>                        Defendants. | Civil Action No. 08-cv-02463 (WHP)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of plaintiffs Westchester Capital Management, Inc. and Green & Smith Investment Management, L.L.C.:

        Stephen T. Rodd (SR-8228)
        ABBEY SPANIER RODD & ABRAMS, LLP
        212 East 39th Street
        New York, New York 10016
        Telephone: 212-889-3700
        Facsimile: 212-684-5191

Dated: May 9, 2008
New York, New York

        ABBEY SPANIER RODD & ABRAMS, LLP

By:    /s/ Stephen T. Rodd
      Stephen T. Rodd (SR-8228)
      212 East 39th Street
      New York, New York 10016
      Telephone: 212-889-3700
      Facsimile: 212-684-5191

      Attorneys for Plaintiffs Westchester Capital
      Management, Inc. and Green & Smith Investment
      Management, L.L.C.