UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>      Defendants. | Civil Action No. 08-cv-01029 (WHP)<br><br>ECF Case |
| RUSSEL PATRICK, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>-v-<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>      Defendants. | Civil Action No. 08-cv-02463 (WHP)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of plaintiffs Westchester Capital Management, Inc. and Green & Smith Investment Management, L.L.C.:

    Natalie S. Marcus (NM-7677)
    ABBEY SPANIER RODD & ABRAMS, LLP
    212 East 39th Street
    New York, New York 10016
    Telephone: 212-889-3700
    Facsimile: 212-684-5191

Dated: May 9, 2008
      New York, New York

                              ABBEY SPANIER RODD & ABRAMS, LLP

                          By:     /s/ Natalie S. Marcus
                                Natalie S. Marcus (NM-7677)
                                212 East 39th Street
                                New York, New York 10016
                                Telephone: 212-889-3700
                                Facsimile: 212-684-5191

                                Attorneys for Plaintiffs Westchester Capital
                                Management, Inc. and Green & Smith Investment
                                Management, L.L.C.