SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT H. BURCH, et al. Plaintiff,

- against -

SLM CORPORATION, et al. Defendant.

8 cv 01029 (whp)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jonathan K. Levine a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Daniel C. Girard
Firm Name: Girard Gibbs LLP
Address: 601 California Street, Suite 1400
City/State/Zip: San Francisco, CA 94108
Phone Number: (415) 981-4800
Fax Number: (415) 981-4846

Daniel C. Girard is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Daniel C. Girard in any State or Federal court.

Dated: 5/12/2008
City, State: San Francisco, CA

Respectfully submitted,

Sponsor's
SDNY Bar    Jonathan K. Levine - (JL-8390)
Firm Name: Girard Gibbs LLP
Address: 601 California Street, Suite 1400
City/State/Zip: San Francisco, CA 94108
Phone Number: (415) 981-4800
Fax Number: (415) 981-4846

SDNY Form Web 10/2006

# EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL CHARLES GIRARD, #114826 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiff,<br>vs.<br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br>　　　　　　　Defendants. | Case No. 1:08-cv-01029-WHP<br><br>**AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'** *PRO HAC VICE* **ADMISSION OF DANIEL C. GIRARD** |
| RUSSELL PATRICK, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiff,<br>vs.<br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br>　　　　　　　Defendants. | Case No. 1:08-cv-02463-WHP |

**AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'** *PRO HAC VICE* **ADMISSION OF DANIEL C. GIRARD**

I, Jonathan K. Levine, being duly sworn, deposes and says that the following facts are true and correct to the best of my personal knowledge:

1. I am an attorney duly admitted to practice law before this Court. My admission to this Court was on March 14, 1989.

2. I am not under suspension or disbarment by any court.

3. I am a partner at the firm of Girard Gibbs LLP, and my office is located at 601 California Street, 14th Floor, San Francisco, California 94108. My telephone number is (415) 981-4800.

4.     I make this affidavit in support of Plaintiffs' Motion for the admission of Daniel C. Girard *pro hac vice.*

5.     I have known Daniel C. Girard for 8 years, and believe he will uphold the integrity of this Court, and will comply with all applicable New York Local Rules of Civil Procedure.

I declare under penalty of perjury and the law of the United States of America that the foregoing is true and correct. Executed this 12th day of May, 2008 at San Francisco, California.

San Francisco, California

_____
Jonathan K. Levine

On May 12, 2008, before me, Stacy Cheng, Notary Public, personally appeared Jonathan K. Levine, proved by satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and office seal.



STACY CHENG
Commission # 1778842
Notary Public - California
San Francisco County
My Comm. Expires Nov 8, 2011

_____
STACY CHENG

1

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT H. BURCH, et al.   Plaintiff,

8   cv   01029   (whp)

- against -

SLM COPRORATION, et al.   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jonathan K. Levine   attorney for   Plaintiff, Robert H. Burch

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Daniel C. Girard |
| Firm Name: | Girard Gibbs LLP |
| Address: | 601 California Street, Suite 1400 |
| City/State/Zip: | San Francisco, CA  94108 |
| Telephone/Fax: | (415) 981-4800 |
| Email Address: | dcg@girardgibbs.com |

is admitted to practice pro hac vice as counsel for   Plaintiff, Robert H. Burch   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROBERT H. BURCH, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>        Defendants. | Case No. 1:08-CV-01029-WHP |
| RUSSELL PATRICK, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SLM CORPORATION, ALBERT L. LORD, CHARLES ELLIOTT (C.E.) ANDREWS and ROBERT S. AUTOR,<br><br>        Defendants. | Case No. 1:08-CV-02463-WHP |

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, J. Daniel Mora, being duly sworn, deposes and says:

I am employed by Seeger Weiss LLP, One William Street, 10th Floor, New York, NY 10004. I am over the age of eighteen years and am not a party to this action. On May 13, 2008, I served the attached document(s) via U.S. Mail:

1. **MOTION TO ADMIT COUNSEL PRO HAC VICE;**

2. **AFFIDAVIT OF JONATHAN K. LEVINE IN SUPPORT OF PLAINTIFFS'** *PRO HAC VICE* **ADMISSION OF DANIEL C. GIRARD**

3. **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION; and**

4. **CERTIFICATE OF SERVICE.**

on:

### PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct, executed May 13, 2008, at New York, New York.

_____
J. Daniel Mora

## SERVICE LIST

Alfred G. Yates, Jr.
**LAW OFFICES OF ALBERT G. YATES, JR., P.C.**
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15129
Tel: (412) 391-5164
Fax: (415) 471-1033

Darren J. Robbins
David C. Walton
**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
Tel: (619) 231-1058
Fax: (619) 231-7423

Nancy Kaboolian
**ABBEY SPANIER RODD & ABRAMS, LLP**
212 East 39th Street
New York, NY 10016
Tel: (212) 889-3700
Fax: (212) 684-5191

Corey D. Holzer
**HOLZER HOLZER & CANNON LLC**
1117 Perimeter Center West
E-107
Atlanta, GA 30338
Tel: (770) 392-0090
Fax: (770) 392-0029

Samuel H. Rudman
**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

Gerald H. Silk
**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1000
Fax: (212) 554-1444

Natalie Marcus
**LABATON SUCHAROW, LLP**
140 Broadway
New York, NY 10005
(212) 907-0865
(212) 883-7065 (fax)

### Counsel for Defendants

Laurie B. Smilan
Abid R. Qureshi
**LATHAM & WATKINS, LLP**
Two Freedom Square
Suite 500
Reston, VA 20190-5651
Tel: (703) 454-1000
Fax: (703) 456-1001

Peter A. Wald
**LATHAM & WATKINS, LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 3915-8095

Jeffrey G. Hammel
**LATHAM & WATKINS, LLP**
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200
Fax: (212) 751-4864