UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
ROBERT H. BURCH, individually and on
behalf of all others similarly situated,

                Plaintiff,

      -against-

SLM CORPORATION et. al.,

                Defendants.
------------------------------X

08 Civ. 1029 (WHP)

ORDER GRANTING
ADMISSION PRO HAC VICE

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Jonathan K. Levine, Esq. in support of admitting Daniel C. Girard, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Girard be admitted to this Court pro hac vice to represent Plaintiffs in the above-captioned actions.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    May 21, 2008
            New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08