UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
ROBERT H. BURCH, individually and on  :
behalf of all others similarly situated,

                       Plaintiff,         08 Civ. 1029 (WHP)

              -against-         ORDER GRANTING
                              ADMISSION PRO HAC VICE

SLM CORPORATION et. al.,

                       Defendants.
---------------------------------------- X

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Notice of Motion and the Affidavit of Jonathan K. Levine, Esq. in support of admitting Aaron M. Sheanin, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Sheanin be admitted to this Court pro hac vice to represent Plaintiffs in the above-captioned actions.

        The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    June 12, 2008
           New York, New York

                                         SO ORDERED:

                                         WILLIAM H. PAULEY III
                                               U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #: _____
DATE FILED: 6/24/08