## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )          ss.:
COUNTY OF NEW YORK         )

I, Carolyn Davila, being duly sworn, deposes and says:

1.    I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2.    On July 8, 2008, I Caused A Copy Of The Accompanying:

Declaration of Arthur N. Abbey In Response to the Court's June 30, 2008 Order.

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

Carolyn Davila

Sworn to before me this
8th day of July 2008

Notary Public

NANCY KABOOLIAN
Notary Public, State Of New York
No. 01KA4742784
Qualified In New York County
Commission Expires March 30, 200L

### SERVICE LIST

### Counsel for Plaintiffs

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 391 –5164
Fax: (4120 471-1033

Corey D. Holzer
HOLZER HOLZER & CANNON LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338
(770) 392-0090
Fax: 770 392 0029
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Darren J. Robins
David C. Walton
Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301
619-231-1058
Fax: 619 231 7423
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com

Jonathan K. Levine
Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
415-981-4500
Fax. 415-981-4846

**Counsel for Defendants**

LATHAM & WATKINS, LLP
Laurie B. Smilan
Abid R Qureshi
Two Freedom Square, Suite 500
11955 Freedom Drive,
Reston, Virginia 20190-5651
Tel: (703) 454-1000
Fax: (703) 456-1001


LATHAM & WATKINS, LLP
Peter A. Wald
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel (415) 391-0600
Fax: (415) 395-8095


LATHAM & WATKINS, LLP
Jeffrey G. Hammel
885 Third Avenue
New York, New York 10022-4834
Tel:  (212) 906-1200
Fax:  (212) 751-4864