**ABBEY SPANIER RODD & ABRAMS, LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

ARTHUR N. ABBEY
DIRECT PHONE 212 284 5200
DIRECT FAX 212 779 2418
aabbey@abbeyspanier.com

July 15, 2008

<u>Via Facsimile</u>

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08*

Re: *Burch v. SLM Corporation, et al.*
<u>Civil Action No. 08-cv-01029 (WHP), and All Related Actions</u>

Dear Judge Pauley:

We represent Lead Plaintiff movants Westchester Capital Management, Inc. and Green & Smith Investment L.L.C. (the "Westchester Movants"). Yesterday we sought leave to file by today a reply to the "Response of Sheet Metal Workers Local No. 80 Pension Trust Fund to the Declaration of Arthur N. Abbey in Response to the June 30, 2008 Order", however, in light of the "Response of SLM Venture To The Declaration of Arthur N. Abbey in Response to the June 30, 2008" filed last night the Westchester Movants respectfully request one additional day to submit a reply to both Responses. The Westchester Movants therefore respectfully request leave to file their reply on Wednesday, July 16, 2008.

Respectfully submitted,

*Arthur Abbey/MC*
Arthur N. Abbey

cc: Counsel on Attached Service List (via facsimile)

Application Granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/18/08

**Service List**
*Burch v. SLM Corp., et al.*

Alfred G. Yates, Jr.
LAW OFFICES OF ALFRED G. YATES, JR., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: 412-391-5164
Fax: 412-471-1033

Corey D. Holzer
HOLZER HOLZER & CANNON LLC
1117 Perimeter Center West
E-107
Atlanta, GA 30338
Tel: 770-392-0090
Fax: 770-392 0029

Darren J. Robins
David C. Walton
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, L.L.P.
655 W. Broadway, Suite 1900
San Diego, CA 92101-3301
Tel: 619-231-1058
Fax: 619 231 7423

David Rosenfeld
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: 631-367-7100
Fax: 631-367-1173

Jonathan K. Levine
Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: 415-981-4500
Fax. 415-981-4846

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
SEEGER WEISS
One William Street
New York, NY 10004
Tel: 212-584-0700
Fax: 212-584-0799

Laurie B. Smilan
Abid R Qureshi
LATHAM & WATKINS, LLP
Two Freedom Square, Suite 500
11955 Freedom Drive,
Reston, Virginia 20190-5651
Tel: 703-454-1000
Fax: 703-456-1001

Peter A. Wald
LATHAM & WATKINS, LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: 415-391-0600
Fax: 415-395-8095

Jeffrey G. Hammel
LATHAM & WATKINS, LLP
885 Third Avenue
New York, New York 10022-4834
Tel: 212-906-1200
Fax: 212-751-4864