```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                           :
In re:  SLM CORPORATION                    :   Master File No.
SECURITIES LITIGATION                      :   08 Civ. 1029 (WHP)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### SCHEDULING ORDER NO 2

WILLIAM H. PAULEY III, District Judge:

This Court will hold an initial pre-trial conference on August 14, 2008 at 11:45 a.m.

Dated: July 28, 2008
       New York, New York

                                    SO ORDERED:

                                    _____
                                          WILLIAM H. PAULEY III
                                               U.S.D.J.

*Counsel of Record*

Arthur N. Abbey, Esq.
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
*Counsel for Plaintiffs*

Jeff G. Hammel, Esq.
Latham and Watkins (NY)
885 Third Avenue
New York, NY 10022
*Counsel for Defendants*