Jeff G. Hammel
Tel: (212) 906-1200
Jeff.hammel@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

July 31, 2008

[USDC SD stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 8/19/08]

**VIA HAND DELIVERY**

Hon. William H. Pauley III
United States District Court
500 Pearl Street
New York, New York 10007

8/1/2008

Re:   *In re: SLM Corporation Securities Litigation (08 Civ. 1029)*

Dear Judge Pauley:

<u>We represent the defendants in the above referenced matter, and write to request a brief adjournment of the pre-trial conference currently scheduled for August 14, 2008, as set forth in the Scheduling Order entered 7/30/08.</u>  Unfortunately, due to a prior conflict, defendants' lead counsel is not available on August 14th.  Plaintiffs' lead counsel also indicated that he would have had to modify his schedule to attend the conference on the 14th and thus readily consented to this request.  All counsel will be available on August 19th. if that date is convenient to the Court.  No previous requests for such an adjournment have been made.  Accordingly, we respectfully request that the August 14th conference be rescheduled for August 19th.  Thank you for your attention to this request.

Respectfully yours,

*/s/ Jeff Hammel*

Jeff G. Hammel
of LATHAM & WATKINS LLP

cc: All Counsel of Record

Application Granted. The pre-trial conference is adjourned to September 26, 2008 at 11:15 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/18/08