UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SLM CORPORATION
SECURITIES LITIGATION

Case No. 08 CV 1029 (WHP)

## SUPPLEMENTAL DECLARATION OF JEFF G. HAMMEL

I, Jeff G. Hammel, am a member of the Bar of this Court and a partner of Latham & Watkins, LLP, 885 Third Avenue, Suite 1000, New York, New York, 10022, counsel to defendants SLM Corporation, Albert L. Lord and Charles E. Andrews in the above-referenced matter. I submit this supplemental declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint, dated December 11, 2009.

1. Attached hereto as Exhibit U is a true and correct copy of EITF Abstracts, Topic No. D-80, *Application of FASB Statements 5 and 114 to a Loan Portfolio*.

2. Attached hereto as Exhibit V is a true and correct copy of the transcript of the SLM Corporation Q4 2007 Earnings Conference Call, dated January 23, 2008. (Complaint at ¶¶ 331-336).

3. Attached hereto as Exhibit W is a true and correct copy of Robert Tomsho, *SLM's Headmaster on Lessons Learned*, The Wall Street Journal, June 5, 2008. (Complaint at ¶ 340).

4. Attached hereto as Exhibit X is a true and correct copy of the transcript of the SLM Corporation at Lehman Brothers Global Finance Services Conference, dated September 10, 2008. (Complaint at ¶ 342).

5. Attached hereto as Exhibit Y is a true and correct copy of the transcript of the Q3

2008 SLM Corporation Earnings Conference Call, dated October 23, 2008. (Complaint at ¶¶ 343-344).

6. Attached hereto as Exhibit Z are true and correct copies of excerpts from the SLM Corporation 2006 Form 10-K. (Complaint at ¶¶ 230-249.)

7. Attached hereto as Exhibit AA are true and correct copies of excerpts from the SLM Corporation 2007 Form 10-K. (Complaint at ¶¶ 337-338.)

I declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed on February 26, 2010

/s/ Jeff G. Hammel
Jeff G. Hammel