**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | : |  |
|---|---|---|
|  | : |  |
| In re SLM Corporation Securities Litigation | : | Case No. 08 Civ. 1029 (WHP) |
|  | : |  |
|  | : |  |

**LEAD PLAINTIFF SLM VENTURES' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**GIRARD GIBBS LLP**
Jonathan K. Levine
711 Third Avenue, 20th Floor
New York, NY  10017
Telephone:  (212) 867-1721
Facsimile:  (212) 867-1767

- and –

Daniel C. Girard
Amanda M. Steiner
Christina C. Sharp
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Lead Plaintiff's Counsel*

PLEASE TAKE NOTICE that Lead Plaintiff SLM Ventures, by its counsel, will move this Court before the Honorable William H. Pauley, III, United States District Court Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 11D, New York, New York on Friday, August 3, 2012 at 10:30 a.m., or as soon thereafter as counsel may be heard, for an order granting final approval to the proposed settlement and dismissal with prejudice of this action.

In support of this motion, SLM Ventures submits herewith a memorandum of law, the declarations of Jonathan K. Levine and Sam Sotoodeh, and the affidavit of Christina Peters-Stasiewicz.

DATED:  May 18, 2012                                      Respectfully submitted,

**GIRARD GIBBS LLP**


By:    /s/ Jonathan K. Levine
          Jonathan K. Levine

Jonathan K. Levine
711 Third Avenue, 20th Floor
New York, NY  10017
Telephone:  (212) 867-1721
Facsimile:  (212) 867-1767

Amanda M. Steiner
Christina C. Sharp
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com

**Lead Plaintiff's Counsel**

1

<u>**CERTIFICATE OF SERVICE**</u>

I, Jonathan K. Levine, hereby certify that on May 18, 2012, I caused the following document(s) to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service:

**LEAD PLAINTIFF SLM VENTURES' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2012 at San Francisco, California.


/s/ Jonathan K. Levine
Jonathan K. Levine
