UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                                                        :

In re: SLM CORPORATION SECURITIES    :    Master File No. 08 Civ. 1029 (WHP)
LITIGATION                                           :

                                                                        :
---------------------------------------------------------x

## BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that upon the accompanying Declaration of William C. Fredericks in Support of Bernstein Litowitz Berger & Grossmann LLP's Application for an Award of Attorneys' Fees and Reimbursement of Expenses (The "Fredericks Declaration") and the exhibits thereto, and upon the legal authorities referenced in the previously submitted briefs of current and former Lead Counsel that establish that counsel are entitled to compensation and reimbursement of reasonable expenses incurred on behalf of plaintiffs and the Class, and upon all prior proceedings had herein, Bernstein Litowitz Berger & Grossmann LLP will move this Court before the Honorable William H. Pauley, III on August 7, 2012 at 10:00am at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an Order awarding attorney's fees and reimbursement of litigation expenses as set forth in the accompanying Fredericks Declaration.

Dated: New York, NY
         June 4, 2012

                                                      **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

                                                 /s/ William C. Fredericks
William C. Fredericks (WF-1576)
1285 Avenue of the Americas
New York, NY  10019
Tel:  (212) 544-1400
Fax: (212) 554-1444
Email: wfredericks@blbglaw.com

*Additional Counsel for Plaintiffs and the Class*

TO:

**GIRARD GIBBS LLP**
Jonathan K. Levine, Esq.
711 Third Avenue
New York, NY  10017

*Lead Counsel for Plaintiffs and the Class*

**ABBEY SPANIER RODD & ABRAMS LLP**
Arthur N. Abbey, Esq.
Stephen T. Rodd, Esq.
212 East 39th Street
New York, NY  10016

*Former Lead Counsel for Plaintiffs and the Class*

**LATHAM & WATKINS LLP**
Christopher Harris, Esq.
885 Third Avenue
New York, NY  10022

and

**LATHAM & WATKINS LLP**
Peter A. Wald, Esq.
Abid R. Qureshi, Esq.
505 Montgomery Street, Suite 2000
San Francisco, CA  94111

*Counsel for Defendants SLM Corporation
and Albert L. Lord*